

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA GERMAINE RUCKER and STEPHEN EDWARD RUCKER,<br><br>Plaintiffs,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No.: 1:22-cv-00717<br><br>**REQUEST TO APPEAR BY TELECONFERENCE OR, IN THE ALTERNATIVE, ADJOURN INITIAL PRETRIAL CONFERENCE** |

By Order [8] entered on February 1, 2022, the Court set the Initial Pretrial Conference for March 25, 2022 at 2:00 p.m. by teleconference. By Order [24] entered on March 10, 2022, the Court ordered that the conference will take place as scheduled in Courtroom 443 of the Thurgood Marshall Courthouse, located at 40 Foley Square, New York, New York 10007. By Order [29], the Court adjourned the initial pretrial conference to March 28, 2022 at 2:30 p.m. to be in person. Plaintiffs ANGELA GERMAINE RUCKER and STEPHEN EDWARD RUCKER ("Plaintiffs"), due to a scheduling conflict, request that Plaintiff's counsel be permitted to appear for the initial pretrial conference set for March 28, 2022 at 2:30 p.m. via teleconference, or, in the alternative, that the initial pretrial conference be adjourned to the week of April 4, 2022, or of April 11, 2022. Plaintiffs have made no previous requests for adjournment. Defendant's consent is unknown. Defendant's counsel of record was not available by phone and no response was received via email.

Date:  March 25, 2022           s/ Brian L. Ponder
                                Brian L. Ponder, Esq. (BP0696)
                                BRIAN PONDER LLP
                                200 Park Avenue, Suite 1700
                                New York, New York 10166
                                Telephone: (646) 450-9461
                                Facsimile: (646) 607-9238
                                Email: brian@brianponder.com
                                ATTORNEY FOR PLAINTIFFS

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA GERMAINE RUCKER and STEPHEN EDWARD RUCKER,<br><br>Plaintiffs,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No.: 1:22-cv-00717<br><br>**CERTIFICATE OF SERVICE** |

I certify that a true/exact copy of the foregoing was served upon all parties via CM/ECF.

Respectfully submitted,

Date:  March 25, 2022                    s/ Brian L. Ponder
                                          Brian L. Ponder, Esq. (BP0696)

---

Application DENIED without prejudice to Plaintiffs providing a better explanation of what their conflict is, when it arose, and why Plaintiffs are not available on any other day next week. The Court notes that Plaintiffs have known about this potential conflict since March 22, 2022, when the Court adjourned the conference to March 28, 2022. *See* Dkt. 29.

---

SO ORDERED.

*[signature]*   3/25/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE