USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELA GERMAINE RUCKER and
STEPHEN EDWARD RUCKER,

                Plaintiffs,

      -against-

IQ DATA INTERNATIONAL, INC,

                Defendant.
------------------------------------------------------------X

22-CV-717 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    ced WHEREAS on February 15, 2022, Plaintiff moved to remand this case back to state court, *see* Dkts, 12–14;

    WHEREAS an initial pretrial conference was held on March 28, 2022;

    WHEREAS at the conference, the Court denied Plaintiff's motion to remand;

    IT IS HEREBY ORDERED that, for the reasons stated on the record, Plaintiff's motion to remand is DENIED. The Clerk of Court is respectfully directed to close the open motion at docket entry 12.

**SO ORDERED.**

**Date: March 28, 2022**
**New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**