**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA GERMAINE RUCKER and STEPHEN EDWARD RUCKER, <br><br> Plaintiffs, <br><br> v. <br><br> I.Q. DATA INTERNATIONAL, INC., <br><br> Defendant. | Civil Action No.: 1:22-cv-00717-VEC |

**LETTER-MOTION TO LIFT STAY ORDER [16]**

May It Please the Court:

Pursuant to Local Rule 7.1(d), Fed. R. Civ. P. 7(b)(1), and Fed. R. Civ. P. 81(c)(2), Plaintiffs ANGELA GERMAINE RUCKER and STEPHEN EDWARD RUCKER ("Plaintiffs") respectfully move this Honorable Court for an order lifting its stay Order [16] entered on February 16, 2022, on the grounds that said stay Order [16] was entered by the Court "[i]n light of Plaintiff's motion to remand this case to state court," but this Court by Order [32] entered on March 28, 2022, denied Plaintiffs' motion to remand and the proceedings need to proceed under the federal rules. Defendant I.Q. DATA INTERNATIONAL, INC. ("Defendant") did not answer before removal and, now, "must answer or present other defenses or objections[.]" Fed. R. Civ. P. 81(c)(2).

Respectfully submitted,

Date: March 30, 2022

s/ Brian L. Ponder
Brian L. Ponder, Esq. (BP0696)
BRIAN PONDER LLP
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 450-9461
Facsimile: (646) 607-9238
Email: brian@brianponder.com
ATTORNEY FOR PLAINTIFFS

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA GERMAINE RUCKER and STEPHEN EDWARD RUCKER,<br><br>Plaintiffs,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No.: 1:22-cv-00717-VEC |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing paper was served upon all parties via CM/ECF.

Respectfully submitted,

Date: March 30, 2022

s/ Brian L. Ponder
Brian L. Ponder, Esq. (BP0696)
BRIAN PONDER LLP
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 450-9461
Facsimile: (646) 607-9238
Email: brian@brianponder.com
ATTORNEY FOR PLAINTIFFS

---

Application GRANTED. Defendant's time to answer, move, or otherwise respond to the complaint is **April 8, 2022**, the same date the Court already set for Defendant's anticipated motion to dismiss for lack of venue. *See* Dkt. 25. If Defendant moves to dismiss, Plaintiffs' opposition is due by **April 29, 2022**, and Defendant's reply is due by **May 6, 2022**. *See id.*

---

SO ORDERED.

*[signature]*   3/30/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE