```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
ANGELA GERMAINE RUCKER and :
STEPHEN EDWARD RUCKER, :
                Plaintiffs, :
                                        :       22-CV-717 (VEC)
        -against- :
                                        :          ORDER
                                        :
IQ DATA INTERNATIONAL, INC, :
                                        :
                Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the pretrial conference scheduled for July 15, 2022 at 10:00 a.m. is ADJOURNED *sine die*. Contrary to the parties' submission, Dkt. 62, discovery deadlines have not yet been set. *See* Transcript at 8, Dkt. 35.

      IT IS FURTHER ORDERED that Plaintiffs' deadline to respond to Defendant's motion to dismiss, Dkt. 59, was due by June 30, 2022. No response had been filed. The Court will, *sua sponte*, extend Plaintiff's time to respond to **6:00 p.m. E.T., July 22, 2022**. This deadline will not be extended further; any submission filed after the deadline will not be considered. If Plaintiffs do not respond, the motion to dismiss will be deemed fully briefed.

      IT IS FURTHER ORDERED that if Plaintiffs oppose the motion to dismiss, the deadline for Defendant to reply will be **August 5, 2022**.

**SO ORDERED.**

Date: July 14, 2022
      New York, NY

                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**