**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANGELA RUCKER and STEPHEN RUCKER,

                Plaintiff,

  -against-                                22 **CIVIL** 717 (VEC)

                                                    **<u>JUDGMENT</u>**

IQ DATA INTERNATIONAL, INC.,

                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 5, 2022, Defendant's motion to dismiss for lack of personal jurisdiction is GRANTED. Plaintiffs' motion for leave to amend their complaint is DENIED. Defendant's motion for attorneys' fees and costs, Dkt. 39, is DENIED. All other motions are DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

       December 6, 2022

                                                             **RUBY J. KRAJICK**

                                                                   _____
                                                                     **Clerk of Court**

                                           **BY:**      *K. Mango*

                                                                     _____
                                                                     **Deputy Clerk**